# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08-MJ-1161 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Brandon Gonzalez (13) | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/15/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

__X__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:
          _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. __ATTORNEY APPOINTMENT HRG 4/18 9AM BLM__

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
                             OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Crim-9  (Rev 6-95)                               ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY