KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228 /(619) 235-2757 (Fax)
Email: stewart.young@usdoj.gov@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-MJ-1161 BLM |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| THOMAS V. SWIFT (D1),<br>KEVIN D. KENNEDY (D2),<br>ROBERT ROCCO (D3),<br>STEVEN ZUFALL (D4),<br>RUDY TIJERINA (D5),<br>JESSE SANDOVAL (D6),<br>KYLE KIMBREL (D7),<br>JORGE MORALES (D8),<br>JOSE RODRIGUEZ-PARRA (D9),<br>RANDY KENNEDY (D10),<br>GLENN SWIFT (D11),<br>GREGORY SWIFT (D12),<br>BRANDON GONZALEZ (D13), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| N/A | | | |

DATED: April 21, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Stewart M. Young*
STEWART M. YOUNG
Assistant United States Attorney

Notice of Appearance
United States v. Swift, et al.                    2                    08-MJ-1161 BLM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>THOMAS V. SWIFT (D1),<br>KEVIN KENNEDY (D2)<br>ROBERT ROCCO (D3),<br>STEVEN ZUFALL (D4),<br>RUDY TIJERINA (D5),<br>JESSE SANDOVAL (D6),<br>KYLE KIMBREL (D7),<br>JORGE MORALES (D8),<br>JOSE RODRIGUEZ-PARRA (D9),<br>RANDY KENNEDY (D10),<br>GLENN SWIFT (D11),<br>GREGORY SWIFT (D12),<br>BRANDON GONZALEZ (D13),<br><br>    Defendants. | Case No. 07-MJ-1161 BLM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| |
|---|
| Gene Iredale |
| Bill Mueller |
| Mike Pancer |
| Frank Ragen |
| Nancy Rosenfeld |
| Alex Landon |
| Martin Molina |
| Michael Berg |
| Marcel Stewart |

Notice of Appearance
United States v. Swift, et al.                                          08-MJ-1161 BLM

| |
|---|
| Julie Blair |
| Jan Ronis |
| Guadalupe Valencia |
| Ricardo Gonzalez |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

      s/ *Stewart M. Young*
      STEWART M. YOUNG

Notice of Appearance
United States v. Swift, et al.      3      08-MJ-1161 BLM