# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR1540-JM__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| (13) Brandon Gonzalez | ) | Booking No. __08879298__ |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __6/27/08__ the Court entered the following order:

__X__ Defendant be released from custody. (Δ IS CURRENTLY ON BOND) BOND EXONERATED.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

__X__ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. _____

UNITED STATES MAGISTRATE JUDGE
                                    OR
W. SAMUEL HAMRICK, JR.    Clerk
by _/s/ Michelle Bohn_
                 Deputy Clerk

Received _____
         DUSM

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY