UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -1 AM 11: 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

BRANDON GONZALEZ (13),

                    Defendant.

CASE NO. 08CR1540-JM

JUDGMENT OF DISMISSAL

FILED

JUL - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          LNH          DEPUTY

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____  an indictment has been filed in another case against the defendant and
      the Court has granted the motion of the Government for dismissal of
      this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal as to
      this defendant only; or

____  the Court has granted the motion of the defendant for a judgment of
      acquittal; or

____  a jury has been waived, and the Court has found the defendant not
      guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/27/2008

                              _____
                              BARBARA L. MAJOR
                              UNITED STATES DISTRICT JUDGE

I have executed within judgment of dismissal ENTERED ON _____
Judgement and Commitment on ___7/3/08___
          United States Marshal

By:_____
     USMS Criminal Section